FILED
Jeffrey A. Apperson, Clerk
OCT 19 2007
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jonathan Lee Riches©,

Plaintiff

V.

Civil No

4:07CV-129 M

PAMELA ANDERSON P/K/A "BAYwatch" Pamela Anderson Lee;

TOMMY LEE d/b/a Motley crue drummer;

Robert J. Ritchie P/K/A Kid Rock;

Rick SALOMON,

DEFENDANTS

Complaint

"DEFENDANTS ARE AFTER MY VIDEOS"

TRO TEMPORARY RESTRAINING ORDER

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue a TRO Temporary Restraining order against Defendants from coming after me and my collection of videos I have of Defendants. Plaintiff prays for relief.

1

I worked as a Paparazzi and private investigator for National Enquirer magazine from December 2001 through Feb 2003. During this time I was hired to follow around Defendants in this country and to video tape them. I now have a collection of videos of Defendants that they are after. I have them in a safe spot as I serve out my federal wire fraud conviction at FCI Williamsburg, 125 months of it.

2

I have embarrasing videos of Defendants. Defendants want these videos back. I been recieving threatening letters and phone calls at FCI Williamsburg from all the defendants demanding these videos back or they are going to kill me. I'm suffering non stop harassment from Defendants.

Riches v. Anderson et al
Doc. 1
Case 4:07-cv-00129-JHM   Document 1   Filed 10/19/2007   Page 1 of 3
Dockets.Justia.com

3

I have a video tape of Pamela Anderson and Kid Rock having sex in a Roman Catholic church on Feb 16, 2002.

I taped Tommy Lee having Sex with Vern Minni me while Pamela Anderson watched and cheered it on at a Las vegas Sands resort on May 9, 2002. This was disgusting. Tommy lee never used a condom.

I have a video of Rick Salomon before she married Pamela Anderson in June 2002, doing cocaine and shooting needles with the Olsen twins at Scores nightclub in New York

On Aug 11, 2002, I taped and followed Pamela Anderson in New York city with Presidential candidate Rudy Giuliani. They checked into the Waldorf Astoria together into Room 1408. I put a spy camera under the door and taped them having Sex for 3½ hours. CBS 60 minutes is in negotiations with me to purchase this Tape. Anderson sent me a letter at FCI williamsburg on Aug 10, 2007, telling me she is going to Kill me if this tape is made public. She told me I'm a dead Jew Boy. She told me Giuliani is going to get Benard Kerick's police buddies to hurt me and make it look like a Accident.

4

I collected videos of Kid Rock shooting cocaine in his left arm in 2002 while on probation. Kid Rock sent me a letter to FCI williamsburg on September 11, 2007. He told me to return the videos or he will crush me. I fear for my life from Defendants. I was only doing my Job. I have the videos in a safe deposit box away from FCI williamsburg. I move this court for a restraining order against Defendants. I don't have access to the videos until my release date in March 2012. They are going to inflict Bodily harm on me. Tommy lee told me Motley crue is after me, he is going to smash my head with a Guitar. I pray for relief.

Respectfully Submitted

Jonathan Lee Riches©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC. 29590
(843) 387-9400

Jonathan Lee Riches©

Name: Jonathan Lee Riches©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
17 OCT 2007 PM 1 L

United States District Court
Western District of Kentucky
Clerk of Court
423 Frederica St,
Owensboro, Kentucky 42301

42301+3013