

# Case Assignment
## Standard CivilAssignment

Case number **4:07CV-129-M**

Assigned : Judge Joseph H. McKinley, Jr.
Judge Code : 4414

Assigned on 10/22/2007

[ Request New Judge ] ..... [ Return ]

